**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JOHAN DE JESUS COLOP OLIVA,<br><br>              Defendant. | Case No.: **25CR3253-LL**<br>             25MJ4226<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of Fentanyl and Methamphetamine (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 4, 2025, within the Southern District of California, Defendant, JOHAN DE JESUS COLOP OLIVA, did knowingly and intentionally import 400 grams and more, to wit: approximately 11.46 kilograms (25.26 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about August 4, 2025, within the Southern District of California, Defendant, JOHAN DE JESUS COLOP OLIVA, did knowingly and intentionally import 500 grams and more, to wit: approximately 49.70 kilograms (109.56 pounds), of a mixture and substance containing

KSCH:sd:8/17/2025

a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 29, 2025.

                                      ADAM GORDON
                                      United States Attorney

*Kaley S. Chan*
KALEY S. CHAN
Assistant U.S. Attorney